UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DORI H. KOVEN, etc., | 2:10-cv-0638-LDG-VCF |
|     Plaintiff, | |
| v. | ORDER |
| AMERICAN HONDA MOTOR CO., INC., | |
|     Defendant. | |

On November 20, 2012, the court executed a stipulation between the parties for extension to December 7, 2012, for the filing of plaintiff's reply to defendant's response to plaintiff's motion for class certification and response to defendant's motion for summary judgment, and to December 28, 2012, for the filing of defendant's reply to plaintiff's response to the motion for summary judgment (#45). The parties represented that the extension was sought for the purposes of preparation of a mutually acceptable written settlement agreement based on their agreement in principle to settlement terms that would resolve all the issues in this case. The parties have not filed the identified briefing, which suggests that the parties are continuing to move forward toward settlement or perhaps have finalized an agreement. In any event, based on the recent lack of action or notice in the case, and in the interest of case management,

1  THE COURT HEREBY ORDERS that plaintiff's motion for class certification (#37) and
2  defendant's motion for summary judgment (#41) are DENIED without prejudice to their
3  reinstatement by the court if final settlement is not reached.
4  THE COURT FURTHER ORDERS that within twenty (20) days from the date of the entry
5  of this order, the parties shall file a joint report on the status of this litigation.

7  Dated this 31 day of January, 2013.

_____
Lloyd D. George
United States District Judge