| | |
|---|---|
| 1 | ADAMS LAW GROUP, LTD. |
| 2 | James R. Adams, Esq. (Nevada Bar No. 6874)<br>Assly Sayyar, Esq. (Nevada Bar No. 9178) |
| 3 | 8010 W. Sahara Ave., Suite 260<br>Las Vegas, Nevada 89117 |
| 4 | Telephone:  +1.702.838.7200<br>Facsimile:  +1.702.838.3636 |
| 5 | E-mail:  james@adamslawnevada.com<br>            assly@adamslawnevada.com |
| 6 | |
| 7 | *Attorneys for Plaintiff Dori Koven* |
| 8 | LATHAM & WATKINS LLP<br>Mark S. Mester (*pro hac vice*) |
| 9 | 233 South Wacker Drive, Suite 5800<br>Chicago, Illinois  60606 |
| 10 | Telephone:  +1.312.876.7700<br>Facsimile:  +1.312.993.9767 |
| 11 | E-mail:  mark.mester@lw.com |
| 12 | *Attorneys for Defendants American<br>Honda Motor Co., Inc.* |
| 13 | (*Additional Attorneys Listed On Signature Page*) |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DORI H. KOVEN, on behalf of herself and all those similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                              Defendant. | CASE NO. 2:10-cv-00638-LDG-VCF<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE**<br><br>**Judge Lloyd D. George<br>Magistrate Judge Cam Ferenbach**<br><br>**CLASS ACTION** |

     It is hereby stipulated and agreed by and between Plaintiff Dori Koven and Defendant American Honda Motor Co., Inc., by their respective attorneys, that pursuant to Fed. R. Civ. P. 41, the above-captioned action should be dismissed with prejudice and without fees or costs to either party.

| | | |
|---|---|---|
| 1 | DATED:  February 21, 2013 | Respectfully submitted, |
| 2 | COUNSEL FOR PLAINTIFF DORI H. KOVEN | COUNSEL FOR DEFENDANT AMERICAN HONDA MOTOR CO., INC. |
| 4 | By: ___James R. Adams_____ | By: ___Mark S. Mester_____ |

ADAMS LAW GROUP, LTD.
James R. Adams, Esq. (Nevada Bar No. 6874)
Assly Sayyar, Esq. (Nevada Bar No. 9178)
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
Telephone:  +1.702.838.7200
Facsimile:  +1.702.838.3636
E-mail: james@adamslawnevada.com
       assly@adamslawnevada.com

LATHAM & WATKINS LLP
Mark S. Mester (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone:  +1.312.876.7700
Facsimile:  +1.312.993.9767
E-mail:  mark.mester@lw.com

LAW OFFICES OF GREG W. MARSH, P.C.
Greg W. Marsh (Nevada Bar No. 000322)
731 South 7th Street
Las Vegas, Nevada 89101-6907
Telephone:  +1.702.387.0052
Facsimile:  +1.702.387.0063
E-mail:  Gwm4253@aol.com

BOWMAN AND BROOKE LLP
Curtis J. Busby (Nevada Bar No. 006581)
2901 North Central Avenue, Suite 1600
Phoenix, Arizona  85012
Telephone:  +1.602.643.2402
Facsimile:  +1.602.248.0947
E-mail: curtis.busby@bowmanandbrooke.com

*Attorneys for Defendant*
*American Honda Motor Co., Inc.*

## ORDER

IT IS SO ORDERED.

DATED this __21__ day of February, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

2